COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

NO.
2-05-472-CR

 

 

JOEY GARCIA                                                                     APPELLANT

 

                                                   V.

THE STATE OF TEXAS                                                                STATE

                                               ----------

              FROM THE 89TH DISTRICT
COURT OF WICHITA COUNTY

                                               ----------

                  MEMORANDUM OPINION[1]
AND JUDGMENT

                                               ----------

We
have considered appellant=s AMotion
To Dismiss Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure. Tex. R.
App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal. See Tex. R. App. P. 42.2(a), 43.2(f).                                                                                                                                                                                                               PER CURIAM

 

PANEL D:   HOLMAN, GARDNER and WALKER, JJ.

 

DO NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 








DELIVERED: April 6, 2006                                                     











[1]See Tex. R. App. P. 47.4.